No. 73–2014. MISSOURI PORTLAND CEMENT CO. v. CARGILL, INC. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant certiorari. MR. JUSTICE BLACKMUN took no part in the

consideration or decision of this petition.